ILND 44  (Rev. 07/13/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**  County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:          IN LAND CONDEMNATION CASES, USE THE LOCATION OF
              THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
        Plaintiff

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 2   U.S. Government
        Defendant

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment
    & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted
    Student Loans
    (Excludes Veterans)
☐ 153 Recovery of
    Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product
    Liability
☐ 320 Assault, Libel &
    Slander
☐ 330 Federal Employers'
    Liability
☐ 340 Marine
☐ 345 Marine Product
    Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle
    Product Liability
☐ 360 Other Personal
    Injury
☐ 362 Personal Injury -
    Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury -
    Product Liability
☐ 367 Health Care/
    Pharmaceutical
    Personal Injury
    Product Liability
☐ 368 Asbestos Personal
    Injury Product
    Liability
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal
    Property Damage
☐ 385 Property Damage
    Product Liability

### FORFEITURE/PENALTY
☐ 625 Drug Related Seizure
    of Property 21 USC 881
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards
    Act
☐ 720 Labor/Management
    Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical
    Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement
    Income Security Act

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal
    28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff
    or Defendant)
☐ 871 IRS—Third Party
    26 USC 7609

### OTHER STATUTES
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC
    3729 (a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and
    Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/
    Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information
    Act
☐ 896 Arbitration
☐ 899 Administrative Procedure
    Act/Review or Appeal of
    Agency Decision
☐ 950 Constitutionality of
    State Statutes

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### CIVIL RIGHTS
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/
    Accommodations
☐ 445 Amer. w/Disabilities
    Employment
☐ 446 Amer. w/Disabilities
    Other
☐ 448 Education

### PRISONER PETITIONS
☐ 510 Motions to Vacate
    Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee -
    Conditions of
    Confinement

### IMMIGRATION
☐ 462 Naturalization  Application
☐ 463 Habeas Corpus -
    Alien Detainee
    (Prisoner Petition)
☐ 465 Other Immigration
    Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
    Proceeding

☐ 2 Removed from
    State Court

☐ 3 Remanded from
    Appellate Court

☐ 4 Reinstated or
    Reopened

☐ 5 Transferred from
    Another District
    *(specify)*

☐ 6 Multidistrict
    Litigation-
    Transfer

☐ 8 Multidistrict
    Litigation -
    Direct File

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

## VII. Previous Bankruptcy Matters (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

DEMAND $              CHECK YES only if demanded in complaint:

JURY DEMAND:      ☐ Yes  ☐ No

## IX. RELATED CASE(S) IF ANY          *(See instructions):*

JUDGE _____          DOCKET NUMBER _____

## X. This case (check one box)  ☐ Is not a refiling of a previously dismissed action  ☐ is a refiling of case number _____  previously dismissed by Judge _____

DATE                                SIGNATURE OF ATTORNEY OF RECORD

Cases filed by Sulaiman Law Group vs. Experian Information Solutions, Inc. alleging violations of the Fair Credit Reporting Act, 15 U.S.C. 1681 *et seq.*, following bankruptcy:

| Plaintiff | Case No. | Judge |
|---|---|---|
| Kaczor | 15-cv-5545 | Ellis |
| Schlotfeldt, D. | 15-cv-6656 | Gettlemen |
| Schlotdfeldt, V. | 15-cv-6659 | Gettlemen |
| Price | 15-cv-7593 | Durkin |
| Pappas | 15-cv-8115 | St. Eve |
| Banno | 15-cv-8291 | Lee |
| Zorba | 15-cv-8387 | Shadur |
| Geuss | 15-cv-8555 | Pallmeyer |
| Zorba | 15-cv-8663 | Leinenweber |
| Radney | 15-cv-9380 | Darrah |
| Gagnon | 15-cv-9526 | Dow |
| Freedom | 15-cv-10135 | Castillo |
| Webb | 15-cv-10355 | Leinenweber |
| Morgan | 15-cv-10640 | Alonso |
| Jackson | 15-cv-11140 | Kennelly |
| Halbleib | 15-cv-11141 | Tharp |
| Norman | 16-cv-0062 | Sharp |
| Twomey | 16-cv-0918 | Lee |
| Green | 16-cv-3931 | Gettleman |
| Alheim | 16-cv-5728 | Durkin |
| Handrock | 16-cv-5732 | Leinenweber |
| Bednar | 16-cv-9352 | Leinenweber |
| Baumann | 16-cv-9426 | Gettleman |