## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Boren, et al. v. Experian Information Solutions, Inc.

Case Number: 1:16-cv-10957

An appearance is hereby filed by the undersigned as attorney for:

Experian Information Solutions, Inc.

Attorney name (type or print): Adam W. Wiers

Firm: JONES DAY

Street address: 77 West Wacker Drive

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 89080
(See item 3 in instructions)

Telephone Number: 312-782-3939

Email Address: awwiers@jonesday.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/30/16

Attorney signature: S/ Adam W. Wiers

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015